UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SHAKHZOD YUNUSOV

                                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 8520

Defendant _____SHAKHZOD YUNUSOV_____ hereby voluntarily consents to participate in the following proceeding via __X__ videoconferencing or __X__ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

_/s/ Shakhzod Yunusov/OTW_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Shakhzod Yunusov
Print Defendant's Name

_Xavier R. Donaldson_
Defendant's Counsel's Signature

Xavier R. Donaldson
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

13 Aug 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge